

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Buford D. Battle
State Auditor
Austin, Texas

Dear Sir:

Opinion No. 0-3548a
Re: Whether supervisor of colored
vocational agriculture teach-
ers may be paid from rural
aid fund.

Please refer to our opinion No. 0-3548 regarding the above subject. Senator Glen H. Van Zandt, Chairman, Joint Legislative Advisory Committee, has furnished us with a letter written to him by Honorable L. A. Woods, State Superintendent, on June 7, 1941, wherein it is said:

"In reply to your inquiry relative to the specific assignment of J. C. McAdams who serves as a colored supervising agriculture teacher and is employed by the Tadmore Common School District No. 65 of Houston County, you will please be advised that McAdams has definite teaching assignments in the Tadmore School and community; and, in addition, he serves as supervisor of vocational agriculture. Such supervising duties are under the direction of the Vocational Division of the State Department of Education."

If the facts with reference to the duties of J. C. McAdams are as set forth in the above letter from Mr. Woods to Senator Van Zandt, then the question under consideration in our said opinion No. 3548 would be answered in the affirmative. The reasons therefor appear in our opinion No. 0-3547 and need not be repeated.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Glenn R. Lewis
Assistant

APPROVED JUN 13, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

GRL:ej

APPROVED OPINION COMMITTEE BY BWB